UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE ALLEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-01646-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood Gilliam, Jr. for consideration of whether the case is related to Costco Wholesale Corp. v. Johnson & Johnson Vision Care, Inc., 3:15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
VINCE CHHABRIA
United States District Judge